```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ENTERTAINMENT BY J & J, INC.,                    JUDGMENT
                                                 02-CV- 5043 (NGG)
                    Plaintiff,

    -against-

36TH GREENWAY RESTAURANT,
CORP., et al.,

                    Defendants.
----------------------------------------------------------------X
```

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ MAY 0 4 2005 ★
BROOKLYN OFFICE

An Order of Honorable Nicholas G. Garaufis, United States District Judge, having been filed on April 29, 2005, dismissing the complaint without prejudice; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendants; and that judgment is hereby entered dismissing the complaint without prejudice.

Dated: Brooklyn, New York
       May 02, 2005

                                                 s/Robert C. Heinemann
                                                 ROBERT C. HEINEMANN
                                                 Clerk of Court